**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 141 MM 2023
:
Respondent :
:
:
:
v. :
:
:
LISA RACHELLE SNYDER, :
:
Petitioner :

**ORDER**

**PER CURIAM**

   **AND NOW**, this 25th day of March, 2024, the Application for Extraordinary Relief is DENIED.